UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA A. REESE,<br><br>　　　　　Defendant. | Case No. 16-cv-00263-JSC<br><br>**ORDER TO SHOW CAUSE** |

This civil action was filed on January 15, 2016. (Dkt. No. 1.) Since the lawsuit was filed, Plaintiff has not responded to several clerk's notices and he failed to appear for the Case Management Conference on April 14, 2016.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on his failure to appear for the Case Management Conference. Plaintiff shall appear and show cause on May 5, 2016 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall submit a written response to this Order by April 28, 2016 showing cause as to why this action should not be dismissed for failure to prosecute. Failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. DOE,<br><br>   Plaintiff,<br><br> v.<br><br>DEBRA A. REESE,<br><br>   Defendant. | Case No. 16-cv-00263-JSC<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on April 14, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John A. Doe
4006 Lyons Avenue #D
Oakland, CA 94608

Dated: April 14, 2016

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Ada Means, Deputy Clerk to the
                Honorable JACQUELINE SCOTT CORLEY