UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN A. DOE,

    Plaintiff,

    v.

DEBRA A. REESE,

    Defendant.

Case No. 16-cv-00263-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: Dkt. No. 14

On May 6, 2016, Magistrate Judge Jacqueline Scott Corley issued a Report and Recommendation recommending the action be dismissed with prejudice for failure to prosecute based on plaintiff's failure to appear at the Case Management Conference and failure to respond to the Court's Order to Show Cause. Dkt. No. 14. Objections to Judge Corley's recommendation were due by May 23, 2016. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.

Having reviewed the matter, the Court ADOPTS Judge Corley's Report and Recommendation in whole. For the reasons expressed therein, this case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: June 6, 2016

WILLIAM H. ORRICK
United States District Judge